UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE LOVERSO,<br>Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 4:21-CV-2110 |
| v. | )<br>)<br>) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>Defendant | )<br>) | |

**ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of Nicole Loverso by separate order.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date:  March 29, 2023                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge